1010

No. 787. GRANT ET AL. *v.* SCHOOL DISTRICT No. 61, BAKER COUNTY. Sup. Ct. Ore. Certiorari denied. *Willard K. Carey* for petitioners.

No. 788. HARRIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 790. HELBERG ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jerome M. Johnson* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 792. CITY OF MESA *v.* SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWER DISTRICT. Sup. Ct. Ariz. Certiorari denied. *J. LaMar Shelley* and *Mark Wilmer* for petitioner. *Irving A. Jennings* and *Rex E. Lee* for respondent.

No. 798. WEST LOS ANGELES INSTITUTE FOR CANCER RESEARCH *v.* MAYER ET AL. C. A. 9th Cir. Certiorari denied. *Kenneth H. Anderson* for petitioner. *Charles M. Price, Hugh L. Biggs* and *Cleveland C. Cory* for respondents.

No. 802. COATES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Robert J. O'Hanlon* and *Richard L. Daly* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.